THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS RAMIREZ, Appellant. [992 NYS2d 428]—

Order, Supreme Court, New York County (Patricia Nunez, J.), entered on or about April 4, 2013, which denied defendant's motion for resentencing under the Drug Law Reform Act of 2005 (L 2005, ch 643, § 1), unanimously affirmed.

The court properly determined that defendant is ineligible for resentencing because he had already been released to parole supervision for his class A-II drug felony conviction at the time he made the instant application (*see People v Mills*, 11 NY3d 527, 537 [2008]). Accordingly, this Court has no lawful basis upon which to reduce defendant's sentence of six years to life on that conviction to a term of six years. We have considered and reject defendant's remaining arguments. Concur—Sweeny, J.P., Moskowitz, DeGrasse, Manzanet-Daniels and Clark, JJ.